Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

Civil Division

RECEIVED
APR 0 8 2025
PRO SE OFFICE

|  |  |
|---|---|
| Michael Buxbaum<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>Gotham FC<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Buxbaum |
| Street Address | 7491 N Federal Hwy 125 |
| City and County | Boca Raton and Palm Beach County |
| State and Zip Code | Florida and 33487 |
| Telephone Number | |
| E-mail Address | |

Page 1 of 7

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Gotham FC |
| Job or Title *(if known)* | Soccer Club |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

Federal question XX              Diversity of citizenship


Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. False Claims Act 31 U.S. Code § 3729 - False claims


### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a.   If the plaintiff is an individual

        The plaintiff, *(name)*                                           , is a citizen of

        State of *(name)*


   b.   If the plaintiff is a corporation

        The plaintiff, *(name)*                                           , is incorporated

        under the laws of the State of *(name)*                           ,

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)*                                   , is a citizen of the State of *(name)*                   . Or is a citizen of *(foreign*

   b. If the defendant is a corporation

      The defendant, *(name)*                                   , is incorporated the laws of the State of *(name)*                  , and has its principal place of business in the State of *(name)*

      Or is incorporated under the laws of *(foreign nation)*                  ,

      and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

   A. Where did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

New Jersey and Texas

B. What date and approximate time did the events giving rise to your claim(s) occur?

2025

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendant, Gotham FC a member club of the National Women's Soccer League in the United States, is fraudulently communicating and making False Claims to the Federal Government of the United States of America for money and fraudulently and incorrectly spending such dollars by acting on the field of play and not trying to win the game of World Football thereby collecting money from American fans that are not really watching the soccer game.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Monetary damages at a later time would not adequately compensate me for the injuries I sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured because Defendant, Gotham FC is playing games on the field of play instead of scoring goals.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1) Order, Defendant's, Gotham FC's., soccer games to be suspended from broadcast on distribution platforms pending the litigation of this complaint and request for injunction,
2) Order, Defendant, Gotham FC, to be excluded from wagering pending the litigation of this of this complaint and request for injunction,
3) Order, Defendant Gotham FC to pay Plaintiff, Michael Buxbaum, $5,500,000 for False Claims Act 31 U.S. Code § 3729 - False claims,
4) Order, Defendant, Gotham FC to pay Plaintiff, Michael Buxbaum, $93,931,548 for wrongful and intentional and repeated violation of False Claims Act 31 U.S. Code § 3729 - False claims,
5) Order Defendant Gotham FC to disclose full and complete financial information to Plaintiff, Michael Buxbaum for revenue, salaries, expenses, health insurance, and post employment lifestyle benefits.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    March 29, 2025

Signature of Plaintiff

Printed Name of Plaintiff    Michael Buxbaum

### B. For Attorneys

Date of signing:

Signature of Attorney

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

       Printed Name of Attorney

       Bar Number

       Name of Law Firm

       Street Address

       State and Zip Code

       Telephone Number

       E-mail Address

Michael Buxbaum
7491 N Federal Hwy
125
Boca Raton FL 33487

0011332040000011
United States District Court
Southern District of New York
500 Pearl Street
New York NY 33487
USA



USPS CERTIFIED MAIL

9207 1901 4298 0416 0946 33

CERTIFIED MAIL

RECEIVED
APR 04 2025
CLERK'S OFFICE

Pro se

FIRST-CLASS MAIL
U.S. POSTAGE AND
FEES PAID
LETTERSTREAM



RECEIVED
APR 0 8 2025
PRO SE OFFICE



SUSTAINABLE FORESTRY INITIATIVE
Certified Sourcing
www.sfiprogram.org
SFI-03411